UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.  DAVID JOSEPH BRUNELLI,** and
2.  WILLIAM GILBERT GLASSPOOLE,

        Defendants.

_____

## ORDER
_____

**THE COURT**, having reviewed Defendant Brunelli's Motion to Continue Sentencing and for Evidentiary Hearing **(#72)**, and considering that the United States has no objection thereto,

**HEREBY GRANTS** the Motion and **VACATES** the sentencing hearing scheduled for May 1, 2006 and **resets the sentencing hearing for June 19, 2006 at 1:30 p.m.** in the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado.  Two hours shall be allotted for the taking of testimony.

Dated this 6th day of April 2006.

                                                        **BY THE COURT:**

                                                    Marcia S. Krieger
                                                    United States District Judge