UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-ASK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1. DAVID JOSEPH BRUNELLI, and**
2. WILLIAM GILBERT GLASSPOOLE,

        Defendants.

---

## ORDER DIRECTING MEDICAL EVALUATION

---

The matter comes before the Court, *sua sponte*. At the sentencing hearing in this matter the Defendant David Joseph Brunelli requested a downward departure due to a neurological condition identified as ataxia. The Court is without evidence confirmatory of the condition, its treatment or whether the Bureau of Prisons can provided the care necessary to treat such condition. To address the objectives of 18 U.S.C. § 3553(a), the Court requires a medical evaluation pursuant to 18 U.S.C. § 3552(b).

The Court is advised by the Probation Officer, that there are no forensic sites in the general area of this Court suitable for conducting an evaluation of Mr. Brunelli's health condition and addressing the ability of the Bureau of Prisons to treat such a condition. Thus, the examination will be conducted by the Federal Bureau of Prisons at the most appropriate facility.

**IT IS THEREFORE ORDERED** that:

(1)      Mr. Brunelli's health condition shall be evaluated by Bureau of Prisons medical

        staff in accordance with 18 U.S.C. § 3552(b) at a facility deemed suitable by the Federal Bureau of Prisons.

(2) The professional(s) evaluating Mr. Brunelli shall prepare a written report addressing: (a) ataxia or any other medical condition from which Mr. Brunelli suffers; (b) what treatment is necessary; and (c) whether the Bureau of Prisons can provide necessary treatment, and (d) if so, where and how.

(3) Unless otherwise ordered by the Court, the evaluation shall be completed and a written report submitted to the Court and to counsel no later than September 15, 2006.

Dated this 17th day of July, 2006

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge