UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1.  DAVID JOSEPH BRUNELLI, and**
2.  WILLIAM GILBERT GLASSPOOLE,

Defendants.

and

Criminal Action No. 05-cr-00366-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1. DAVID J. BRUNELLI**,

Defendant.

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS MATTER comes before the Court on Defendant Brunelli's Motion to Expedite

Evaluation and to Continue Sentencing Hearing **(#86)**.  Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

This matter is set for a half-day sentencing hearing on September 25, 2006.  On July 17,

2006, the Court issued an Order Directing Medical Evaluation **(#83)** pursuant to 18 U.S.C.

§ 3552(b) for purposes of evaluating whether Mr. Brunelli suffers from a neurological condition known as ataxia and whether the Bureau of Prisons can provide treatment for such condition. Due to failure of the Clerk's office to properly docket and serve the Order, receipt of it by the U.S. Marshal was delayed.  The U.S. Marshal has requested the Bureau of Prisons to designate a facility for the examination, but the Bureau of Prisons has not yet done so.  As a result, the evaluation has not yet been conducted.  Mr. Brunelli therefore asks the Court to order an expedited evaluation and that the sentencing be continued.

**IT IS ORDERED** that:

(1)     The motion **(#86)** is **GRANTED**.  The Clerk shall serve this Order upon the parties, the U.S. Marshal, the U.S. Probation Office for this District and the appropriate designee for the Federal Bureau of Prisons.

(2)     The United States Marshal and the Federal Bureau of Prisons are directed to comply with the July 17, 2006 Order **(#83)**.  No later than September 21, 2006, the Federal Bureau of Prisons shall designate the facility to conduct the evaluation. The U.S. Marshal shall transport the Defendant to such facility as soon as practicable thereafter.  The medical evaluation shall be completed and a written report submitted to the Court and to counsel no later than **October 20, 2006**.

(3)     The sentencing hearing set for September 25, 2006 is **VACATED**.  Counsel for the parties shall jointly telephone chambers at (303) 335-2289 no later than

2

Friday, September 22, 2006 to reset the sentencing hearing.

Dated this 19th day of September, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge