UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.  DAVID JOSEPH BRUNELLI, and**
2.  WILLIAM GILBERT GLASSPOOLE,

        Defendants.

---

### ORDER DIRECTING IMMEDIATE RESPONSE

---

THIS MATTER comes before the Court on Defendant Brunelli's Motion for

Redesignation and to Order that an Evaluation be Expedited **(#91)**.

**IT IS ORDERED** that the Government shall respond to the motion no later than **noon** on

**September 26, 2006**.

Dated this 25th day of September, 2006

        **BY THE COURT:**

_Marcia S. Krieger_

        Marcia S. Krieger
        United States District Judge