UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.  DAVID JOSEPH BRUNELLI, and**
2.  WILLIAM GILBERT GLASSPOOLE,

       Defendants.


and

Criminal Action No. 05-cr-00366-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1. DAVID J. BRUNELLI**,

       Defendant.

---

## ORDER RESETTING SENTENCING HEARING

---

     **IT IS ORDERED** that the sentencing hearing in this matter is **RESET** to **October 23, 2006** at **1:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.[1]

---

     [1] If the medical evaluation of Mr. Brunelli is not completed prior to the date of the sentencing hearing, either party may move to continue the hearing.

Dated this 26th day of September, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge