UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.  DAVID JOSEPH BRUNELLI,** and
2.  WILLIAM GILBERT GLASSPOOLE,

        Defendants.

and

Criminal Action No. 05-cr-00366-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1. DAVID J. BRUNELLI,**

## ORDER

THIS MATTER is before the Court on the Motion to Continue Sentencing by Defendant David Joseph Brunelli **(#101).** The Government does not oppose the motion. The Court, being fully advised,

**ORDERS** that the Motion to Continue Sentencing **(#101) is GRANTED**. The sentencing hearing set for **October 23, 2006 is VACATED** and reset to **December 28, 2006 at 8:30 a.m.** in Courtroom A 901, 901 19th Street, Denver, Colorado.

Dated this 13th day of October, 2006

                                         **BY THE COURT:**

                                         */s/ Marcia S. Krieger*

                                         Marcia S. Krieger
                                         United States District Judge