UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **DAVID JOSEPH BRUNELLI,** and
2. WILLIAM GILBERT GLASSPOOLE,

        Defendants.

## ORDER DECLINING TO MAKE RECOMMENDATION

THIS MATTER comes before the Court on Defendant Brunelli's Request to Designate Facility **(#108)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Court imposed Mr. Brunelli's sentence on December 28, 2006. Mr. Brunelli now asks the Court to recommend to the United States Bureau of Prisons that he be housed at a facility located in Florence, Colorado, because his family is located in Colorado.

The Court declines to make such recommendation, for several reasons. First, it is the Bureau of Prisons that makes a housing assignment. The Bureau of Prisons takes into consideration a number of factors including the proximity of a prisoner's family when deciding where to place him. Second, one of the factos that the Bureau of Prisons will consider is Mr. Brunelli's medical condition. The Court lacks adequate information as to whether appropriate medical treatment can be provided to Mr. Brunelli if he is assigned to a facility in Colorado.

Finally, recommendations made by this Court are not be binding on the Bureau of Prisons. Therefore, the Court leaves Mr. Brunelli's housing assignment to the sound discretion of the Bureau of Prisons.

**IT IS THEREFORE ORDERED** that Defendant Brunelli's Request to Designate Facility **(#108)** is **DENIED**.

Dated this 4th day of January, 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge