UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **DAVID JOSEPH BRUNELLI**, and
2. WILLIAM GILBERT GLASSPOOLE,

        Defendants.

## ORDER FOR RETURN OF PROPERTY

Defendant Brunelli's Motion for Return of Property **(#113)** and the Government's response thereto **(#114)** are before the Court at this time. The Court having reviewed the positions of the parties it is hereby **ORDERED**:

That the United States Secret Service shall surrender to the Clerk of the United States District Court for the District of Colorado the monies seized from the Defendant at the time of his arrest, so those funds can be applied toward the court-ordered restitution in this case.

Dated this 22nd day of March, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge