UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. DAVID JOSEPH BRUNELLI**, and
2. WILLIAM GILBERT GLASSPOOLE,

    Defendants.

---

## ORDER AND NOTICE OF HEARING

---

**IT IS HEREBY ORDERED** that a Compliance Review Hearing will be held on **August 6, 2008,** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 20th day of June, 2008.

                                 **BY THE COURT:**

                                 *Marcia S. Krieger* (signature)

                                 Marcia S. Krieger
                                 United States District Judge